**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Eric Alan HEDGES, Defendant and Appellant.**

No. 71–2025.

United States Court of Appeals, Ninth Circuit.

Oct. 8, 1971.

---

\* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Saltzman & Goldin, Hollywood, Cal., for defendant-appellant.

Robert L. Meyer, U. S. Atty., Eric A. Nobles, Chief, Crim. Div., D. Henry Thayer, Asst. U. S. Atty., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS and CHOY, Circuit Judges, and BATTIN,* District Judge.

PER CURIAM:

The judgment of conviction in this selective service case is affirmed.

The charge was that he failed to keep his local board advised of his address so that mail could reach him (here a notice of induction) while he traveled around with carnivals.

Whether he made a good faith effort to keep the board informed was a question of fact which has been decided against him on sufficient evidence.

Here the defendant testified. Lack of belief of a witness often permits some affirmative inferences. In our view, this is just such a case. Such inferences may have buttressed up other evidence.

\* The Honorable James F. Battin, United States District Judge, District of Montana, sitting by designation.